UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:20-cv-25187-KMW

DOUG LONGHINI,

    Plaintiff,

v.

DORSAN DEVELOPMENTS LIMITED,
A CANADIAN CORPORATION; CR
VENTURES, INC.; and JCS TRES
INVESTMENTS LLC,

    Defendants.
_____/

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff, DOUG LONGHINI, and Defendants, DORSAN DEVELOPMENTS LIMITED, A CANADIAN CORPORATION; CR VENTURES, INC.; and JCS TRES INVESTMENTS LLC, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), having entered into a Settlement Agreement and Release that resolves all claims that were or could have been brought in this action, hereby stipulate to the dismissal of this matter with prejudice.

Dated: April 16th, 2021.

| | |
|---|---|
| /s/ *Anthony J. Perez* | /s/ *Ryan M. Aboud* |
| ANTHONY J. PEREZ | RYAN M. ABOUD |
| Florida Bar No.: 535451 | Florida Bar No.: 27366 |
| | |
| GARCIA-MENOCAL & PEREZ, P.L. | BACKER ABOUD POLIAKOFF & |
| 4937 S.W. 74th Court, Unit #3 | FOELSTER, LLP. |
| Miami, FL 33155 | 400 South Dixie highway, Suite 420 |
| Telephone: (305) 553- 3464 | Boca Raton, FL 33432 |
| Facsímile: (305) 553-3031 | Telephone: (561) 361-8535 |
| Primary Email: ajperezlaw@gmail.com; | Facsimile: (561) 361-3491 |
| aquezada@lawgmp.com | Primary Email: raboud@bapflaw.com |
| *Attorney for Plaintiff* | *Attorney for Defendants* |

.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify a copy of the foregoing was sent by CM/ECF to all counsel of record on this April 16th, 2021.

                                        Respectfully submitted,

**GARCIA-MENOCAL & PEREZ, P.L.**
*Attorneys for Plaintiff*
4937 S.W. 74th Court, No. 3
Miami, FL 33155
Telephone: (305) 553-3464
Facsimile: (305) 553-3031
Primary E-Mail: ajperez@lawgmp.com
Secondary E-Mail: bvirues@lawgmp.com
aquezada@lawgmp.com;
crodriguez@lawgmp.com;

By: */s/ Anthony J. Perez*
      ANTHONY J. PEREZ
      Florida Bar No.: 535451